## DIVIDENDS REMITTED TO THE COURT

Case Number 09-31389 - HEAVIRLAND SR, TERRY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FAIRMONT MED CENTER<br>800 MEDICAL CENTER DR<br>PO BOX 928<br>FAIRMONT MN 56031 | 000001 | 31.25 | 1.03 |
| ---------- Remittance Total ------------- | | 31.25 | 1.03 |

CHARLES W. RIES, Trustee

RECEIVED
10 SEP 20 AM 11:16
U.S. BANKRUPTCY COURT
ST. PAUL, MN